*E-Filed*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-9554-GHK (Ex) | Date | October 11, 2016 |
|---|---|---|---|
| Title | *Muhammed Abdullah, et al. v. U.S. Security Associates, Inc.* | | |

| Presiding: The Honorable | GEORGE H. KING, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**  **(In Chambers) Order to Show Cause**

On March 16, 2016, we issued an order stating that the Parties shall comply with Local Rule 16-15 by no later than September 20, 2016. (Dkt. 125.) In our original scheduling order, we provided that "[i]f the case settles, counsel shall notify the court clerk forthwith," and "[i]f the case does not settle, counsel shall file a joint status report with the court within 48 hours of termination of settlement discussions." (Dkt. 115.) The September 20, 2016 deadline has passed, and the Parties have presented no evidence that they have complied with Local Rule 16-15. The Parties have neither notified the court clerk that the case has settled nor filed a joint status report that the case has not settled. Accordingly, the Parties are hereby **ORDERED TO SHOW CAUSE**, in writing, **within 10 days hereof**, why we should not impose appropriate sanctions for failure to comply with Local Rule 16-15 and our scheduling order. Failure to timely or adequately show cause as required herein shall be deemed the Parties' admission that sanctions are warranted.

**IT IS SO ORDERED.**

:

Initials of Deputy Clerk       PS