1  **MARLIN & SALTZMAN, LLP**
2  Stanley D. Saltzman, Esq. (State Bar No. 90058)
   Cody R. Kennedy, Esq. (State Bar No. 296061)
3  29229 Canwood Street, Suite 208
4  Agoura Hills, California 91301
   Telephone: (818) 991-8080
5  Facsimile: (818) 991-8081
6  ssaltzman@marlinsaltzman.com
   ckennedy@marlinsaltzman.com
7

8  **LAW OFFICES OF PETER M. HART**
   Peter M. Hart, Esq. (State Bar No. 198691)
9  12121 Wilshire Boulevard., Suite 205
10 Los Angeles, California 90025
   Telephone: (310) 207-0109
11 Facsimile: (509) 561-6441
12 hartpeter@msn.com

13 Attorneys for Plaintiffs and the Class

14 *(Counsel continued on next page)*

15

16           **UNITED STATES DISTRICT COURT**
17          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 18  MUHAMMED ABDULLAH, *et al.*, as an individual and on behalf of all others similarly situated, | Case No. CV 09-09554 GHK (Ex) *(Assigned to Hon. George H. King)* |
| 21             Plaintiffs, | **JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE HEARING AND BRIEFING DATES** |
| 22  v. | |
| 23  U.S. SECURITY ASSOCIATES, INC., a Corporation, | |
| 25             Defendant. | |
| 26  _____ | |

                                        Case No. 9-cv-9554-GHK (Ex)
       Joint Notice of Non-Settlement and Request to Vacate Hearing and Briefing Dates

**LAW OFFICES OF KENNETH H. YOON**
KENNETH H. YOON (Bar No. 198443)
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017-3383
Telephone: (213) 612-0988
Facsimile: (213) 947-1211
kyoon@yoonlaw.com

**DIVERSITY LAW GROUP, APC**
LARRY W. LEE (Bar No. 228175)
550 S. Hope Street, Suite 2655
Los Angeles, California 90071
Telephone: (213) 488-6555
Facsimile: (213) 488-6554
lwlee@diversitylaw.com

**BRYAN CAVE LLP**
Julie E. Patterson, California Bar No. 167326
3161 Michelson Drive, Suite 1500
Irvine, California  92612-4414
Telephone: (949) 223-7000
Facsimile: (949) 223-7100
E-Mail: jepatterson@bryancave.com

**BRYAN CAVE LLP**
Christian Poland, California Bar No. 162224
Brian A. Sher, (Illinois Bar No. 6196964 ~ Admitted Pro Hac Vice)
Mariangela M. Seale (Illinois Bar No. 6293433- Admitted Pro Hac Vice)
161 North Clark Street, Suite 4300
Chicago, IL 60601-3315
Telephone: (312) 602-5000
Facsimile: (312) 602-5050
E-Mail: christian.poland@bryancave.com
brian.sher@bryancave.com
merili.Seale@bryancave.com

Attorneys for Defendant
U.S. SECURITY ASSOCIATES, INC.

1  Plaintiff MUHAMMED ABDULLAH, et al. ("Plaintiffs"), the certified class, and
2  Defendant U.S. SECURITY ASSOCIATES, INC. ("Defendant") (hereinafter collectively
3  "the Parties") hereby inform the Court that the Parties have reached a settlement
4  agreement in the instant matter.
5  On November 22, 2016, the Parties attended a scheduled mediation session with
6  private mediator Hunter Hughes, Esq. The Parties were not able to reach an agreement at
7  that time, nor during the post-mediation communications which took place on November
8  25, 2016 and November 26, 2016.
9  Accordingly, on November 28, 2016, the Parties submitted a notice of non-
10 settlement pursuant to the Court's October 21, 2016 Order Discharging OSC, which
11 required that "[I]f the case does not settle, counsel shall file a joint status report with the
12 court within 48 hours of termination of settlement discussions."
13 The Parties' now wish to inform the Court that following the filing of the initial
14 Notice of Non-Settlement, further communications were made with Mediator Hunter
15 Hughes, and effective December 20, 2016 the Parties were able to reach an agreement as
16 to the monetary terms of a settlement. The Parties will now commence working to draft a
17 comprehensive written agreement memorializing the terms of said settlement, which will
18 be somewhat delayed by the oncoming holiday season/closures.
19 Accordingly, the Parties request that the currently set hearing dates set for January
20 23, 2017 on Defendant's Motion for Decertification, and January 30, 2017 on the Parties'
21 Joint Cross Motion for Summary Judgment, be vacated, and that all remaining briefing
22 deadlines in relation to said motions be vacated.
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

| | | |
|---|---|---|
| 1 | DATED:  December 21, 2016 | **MARLIN & SALTZMAN, LLP** |
| 2 | | **LAW OFFICES OF PETER M. HART** |
| 3 | | By:  s/ Stanley D. Saltzman |
| 4 | | Stanley D. Saltzman, Esq. |
| 5 | | Cody R. Kennedy, Esq. |
|   | | Peter M. Hart, Esq. |
| 6 | | Attorney for Plaintiffs and the Class |
| 7 | | |
| 8 | DATED:  December 21, 2016 | **BRYAN CAVE LLP** |
| 9 | | By:  s/ Brian Sher |
| 10 | | Julie E. Patterson, Esq. |
| 11 | | Brian Sher, Esq. |
| 12 | | Mariangela M. Seale, Esq. |
|    | | Attorney for U.S. Security Associates, Inc. |

2    Case No. 9-cv-9554-GHK (Ex)
Joint Notice of Non-Settlement and Request to Vacate Hearing and Briefing Dates

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Brian Sher, and that I obtained authorization from him to affix his signature to this document.

DATED:  December 21, 2016         /s/ *Stanley D. Saltzman*
                                  Stanley D. Saltzman