**BRYAN CAVE LLP**
Julie E. Patterson, California Bar No. 167326
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone: (949) 223-7000
E-Mail: jepatterson@bryancave.com

**BRYAN CAVE LLP**
Brian A. Sher, (Illinois Bar No. 6196964 ~ *Admitted Pro Hac Vice*)
Mariangela M. Seale (Illinois Bar No. 6293433- *Admitted Pro Hac Vice*)
161 North Clark Street, Suite 4300
Chicago, IL 60601-3315
Telephone: (312) 602-5000
E-Mail: brian.sher@bryancave.com
        merili.Seale@bryancave.com

Attorneys for Defendant
U.S. SECURITY ASSOCIATES, INC.

**MARLIN & SALTZMAN LLP**
Stanley D. Saltzman
29229 Canwood Street, Suite 208
Agoura Hills, CA 91301
Telephone: (818) 991-8080
E-Mail: ssaltzman@marlinsaltzman.com
Attorneys for Plaintiffs and the Class

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMED ABDULLAH, as an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. SECURITY ASSOCIATES, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:09-cv-09554-PSG (Ex)<br><br>(Los Angeles Superior Court BC405465)<br><br>Hon. Judge Philip S. Gutierrez<br>Room 6A<br><br>**JOINT STIPULATION AMENDING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

1  Plaintiffs and Defendant U.S. Security Associates, Inc. ("U.S. Security")
2  (Plaintiffs with U.S. Security, collectively the "Parties") hereby stipulate and agree,
3  to extend the deadline for the Parties to file a motion for preliminary approval of
4  class action settlement by an additional twenty-one (21) days, as follows:

5  1.  On December 27, 2016, the Court issued a Minute Order (the "Minute
6  Order") setting a deadline of February 13, 2017, for the Parties to file a motion for
7  preliminary approval of class action settlement (Doc. #166).

8  2.  On February 16, 2017, the Court issued an Order extending the deadline
9  for the Parties to file a motion for preliminary approval of class action settlement
10 until March 6, 2017 (Doc. #174).

11 3.  Following the Court's February 16th Order, as the Parties were working
12 on the motion for preliminary approval of class action settlement, they discovered
13 that there were several points that needed further resolution.

14 4.  The Parties have been actively working to resolve these remaining
15 issues and believe they can reach common ground and finalize the motion for
16 preliminary approval of class action settlement.

17 5.  To complete the motion for preliminary approval of class action
18 settlement, the Parties request a short extension of twenty-one (21) days up to and
19 including March 27, 2017, to file it with the Court.

20 6.  This stipulation is not made for purposes of delay and no party will be
21 prejudiced by the granting of this stipulation.

22 For these reasons, Plaintiffs and Defendant U.S. Security jointly stipulate to
23 extend the deadline established in the February 16, 2017 Order (Doc. #174) for the

24 ///
25
26 ///
27
28 ///

BRYAN CAVE LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414

1  Parties to file a motion for preliminary approval of class action settlement by
2  twenty-one (21) days, up to and including March 27, 2017.

3  Dated:  March 6, 2017            **BRYAN CAVE LLP**
                                    Julie E. Patterson
4                                   Brian A. Sher
5                                   Mariangela M. Seale

6
                                    By:  */s/ Julie E. Patterson*
7                                        Julie E. Patterson
                                    Attorneys for Defendant
8                                   *U.S. SECURITY ASSOCIATES, INC.*
9

10

11  Dated:  March 6, 2017            **MARLIN & SALTZMAN LLP**
                                     Stanley D. Saltzman
12

13

14                                   By:  */s/ Stanley D. Saltzman*
                                          Stanley D. Saltzman
15

BRYAN CAVE LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414

CH01DOCS\379939.1\0320195            2

JOINT STIPULATION AMENDING DEADLINE TO FILE MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

# PROOF OF SERVICE
CCP 1013a(3) Revised 5/1/88
**(USDC – Central - 2:09-CV-09554-PSG-(EX) – Abdullah v. USSA)**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 3161 Michelson Drive, Suite 1500, Irvine, CA 92612-4414.

On March 6, 2017, I caused the following document(s) described as:

**JOINT STIPULATION AMENDING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SUIT**

to be served on all interested parties in this action as follows:

| | |
|---|---|
| Kenneth H. Yoon, Esq.<br>Law Offices of Kenneth H. Yoon<br>One Wilshire Blvd., Ste. 2200<br>Los Angeles, CA 90017-3383 | *Attorneys for Plaintiffs*<br>*Muhammed Abdullah, Christina Aguilar*<br>*& William Kimbrough, IV*<br>Phone: (213) 612-0988<br>Fax: (213) 947-1211<br>E-mail: kyoon@yoon-law.com |
| Larry W. Lee, Esq.<br>Diversity Law Group APC<br>515 S. Figueroa St., Ste. 1250<br>Los Angeles, CA 90071 | *Attorneys for Plaintiffs*<br>*Muhammed Abdullah, Christina Aguilar*<br>*& William Kimbrough, IV*<br>Phone: (213) 488-6555<br>Fax: (213) 488-6554<br>E-mail: lwlee@diversitylaw.com |
| Peter M. Hart, Esq.<br>Law Offices of Peter M. Hart<br>12121 Wilshire Blvd., Ste. 205<br>Los Angeles, CA 90025 | *Attorneys for Plaintiffs*<br>*Muhammed Abdullah, Christina Aguilar*<br>*& William Kimbrough, IV*<br>Phone: (310) 478-5789<br>Fax: (509) 561-6441<br>E-mail: hartpeter@msn.com |

BRYAN CAVE LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414

| | |
|---|---|
| Stanley D. Saltzman, Esq.<br>Marlin & Saltzman, LLP<br>29229 Canwood Street, Ste. 208<br>Agoura Hills, CA 91301 | *Attorneys for Plaintiffs*<br>*Muhammed Abdullah, Christina Aguilar*<br>*& William Kimbrough, IV*<br>Phone:   (818) 991-8080<br>Fax:       (818) 991-8081<br>E-mail:   ssaltzman@marlinsaltzman.com |

[☒] CM/ECF NOTICE OF ELECTRONIC FILING:  I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

[☒] FEDERAL - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 6, 2017, at Irvine, California.

/s/ *Julie E. Patterson*

Julie E. Patterson