**BRYAN CAVE LLP**
Julie E. Patterson, California Bar No. 167326
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone: (949) 223-7000
E-Mail:    jepatterson@bryancave.com

**BRYAN CAVE LLP**
Brian A. Sher, (Illinois Bar No. 6196964 ~ *Admitted Pro Hac Vice*)
Mariangela M. Seale (Illinois Bar No. 6293433- *Admitted Pro Hac Vice*)
161 North Clark Street, Suite 4300
Chicago, IL 60601-3315
Telephone: (312) 602-5000
E-Mail:    brian.sher@bryancave.com
           merili.Seale@bryancave.com

Attorneys for Defendant
U.S. SECURITY ASSOCIATES, INC.

**MARLIN & SALTZMAN LLP**
Stanley D. Saltzman
29229 Canwood Street, Suite 208
Agoura Hills, CA 91301
Telephone: (818) 991-8080
E-Mail:    ssaltzman@marlinsaltzman.com
Attorneys for Plaintiffs and the Class

E-FILED 3/7/17

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMED ABDULLAH, as an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. SECURITY ASSOCIATES, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:09-cv-09554-PSG (Ex)<br><br>(Los Angeles Superior Court BC405465)<br><br>Hon. Judge Philip S. Gutierrez<br>Room 6A<br><br>**ORDER ON**<br>**JOINT STIPULATION AMENDING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

The Court, having reviewed and considered the Joint Stipulation to extend the deadline for the parties to file a motion for preliminary approval of class action settlement by an additional twenty-one (21) days, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. An extension is granted for the parties to file the motion for preliminary approval of class action settlement, up to and including March 27, 2017.

**IT IS SO ORDERED.**

Dated: 3/7/17

PHILIP S. GUTIERREZ
_____
Honorable Philip S. Gutierrez

**PROOF OF SERVICE**
CCP 1013a(3) Revised 5/1/88
**(USDC – Central - 2:09-CV-09554-PSG-(EX) – Abdullah v. USSA)**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 3161 Michelson Drive, Suite 1500, Irvine, CA 92612-4414.

On March 6, 2017, I caused the following document(s) described as:

**ORDER ON JOINT STIPULATION AMENDING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

to be served on all interested parties in this action as follows:

| | |
|---|---|
| Kenneth H. Yoon, Esq.<br>Law Offices of Kenneth H. Yoon<br>One Wilshire Blvd., Ste. 2200<br>Los Angeles, CA 90017-3383 | *Attorneys for Plaintiffs*<br>*Muhammed Abdullah, Christina Aguilar*<br>*& William Kimbrough, IV*<br>Phone:   (213) 612-0988<br>Fax:       (213) 947-1211<br>E-mail:   kyoon@yoon-law.com |
| Larry W. Lee, Esq.<br>Diversity Law Group APC<br>515 S. Figueroa St., Ste. 1250<br>Los Angeles, CA 90071 | *Attorneys for Plaintiffs*<br>*Muhammed Abdullah, Christina Aguilar*<br>*& William Kimbrough, IV*<br>Phone:   (213) 488-6555<br>Fax:       (213) 488-6554<br>E-mail:   lwlee@diversitylaw.com |
| Peter M. Hart, Esq.<br>Law Offices of Peter M. Hart<br>12121Wilshire Blvd., Ste. 205<br>Los Angeles, CA 90025 | *Attorneys for Plaintiffs*<br>*Muhammed Abdullah, Christina Aguilar*<br>*& William Kimbrough, IV*<br>Phone:   (310) 478-5789<br>Fax:       (509) 561-6441<br>E-mail:   hartpeter@msn.com |

| | |
|---|---|
| Stanley D. Saltzman, Esq.<br>Marlin & Saltzman, LLP<br>29229 Canwood Street, Ste. 208<br>Agoura Hills, CA 91301 | *Attorneys for Plaintiffs*<br>*Muhammed Abdullah, Christina Aguilar*<br>*& William Kimbrough, IV*<br>Phone:  (818) 991-8080<br>Fax:      (818) 991-8081<br>E-mail:  ssaltzman@marlinsaltzman.com |

[☒] CM/ECF NOTICE OF ELECTRONIC FILING:  I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

[☒] FEDERAL - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 6, 2017, at Irvine, California.

/s/ *Julie E. Patterson*

Julie E. Patterson

IR01DOCS\853162.1\0320195

3

PROOF OF SERVICE