E-FILED 1/16/18

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMED ABDULLAH, as an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. SECURITY ASSOCIATES, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:09-cv-09554-PSG (Ex)<br><br>(Los Angeles Superior Court BC405465)<br><br>Hon. Judge Philip S. Gutierrez<br>Room 6A<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING ENTRY OF FINAL JUDGMENT** |

BRYAN CAVE LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414

IR01DOCSUSA01\11111789.1\0320195.1

The Court, having reviewed and considered the Joint Stipulation Regarding the Entry of Final Judgment, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.  The December 4, 2017 Order, granting Plaintiffs' Motion for Final Approval of Class Action Settlement and Motion for Award of Attorneys' Fees, Costs and Enhancement Awards, shall serve as the Final Judgment in this action; and

2.  Based on the date of the Court's Order, the 30-day deadline to file a notice of appeal of the Final Judgment expired on January 3, 2018.

**IT IS SO ORDERED.**

Dated: __1/16/18_____     _____
                                                   **PHILIP S. GUTIERREZ**
                                                   Honorable Philip S. Gutierrez

# PROOF OF SERVICE
## CCP 1013a(3) Revised 5/1/88
### (USDC – Central - 2:09-CV-09554-PSG-(EX) – Abdullah v. USSA)

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 3161 Michelson Drive, Suite 1500, Irvine, CA 92612-4414.

On January 12, 2018, I caused the following document(s) described as:

**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING ENTRY OF FINAL JUDGMENT**

to be served on all interested parties in this action as follows:

| | |
|---|---|
| Kenneth H. Yoon, Esq.<br>Law Offices of Kenneth H. Yoon<br>One Wilshire Blvd., Ste. 2200<br>Los Angeles, CA 90017-3383 | *Attorneys for Plaintiffs*<br>*Muhammed Abdullah, Christina Aguilar*<br>*& William Kimbrough, IV*<br>Phone:   (213) 612-0988<br>Fax:       (213) 947-1211<br>E-mail:   kyoon@yoon-law.com |
| Larry W. Lee, Esq.<br>Diversity Law Group APC<br>515 S. Figueroa St., Ste. 1250<br>Los Angeles, CA 90071 | *Attorneys for Plaintiffs*<br>*Muhammed Abdullah, Christina Aguilar*<br>*& William Kimbrough, IV*<br>Phone:   (213) 488-6555<br>Fax:       (213) 488-6554<br>E-mail:   lwlee@diversitylaw.com |
| Peter M. Hart, Esq.<br>Law Offices of Peter M. Hart<br>12121Wilshire Blvd., Ste. 205<br>Los Angeles, CA 90025 | *Attorneys for Plaintiffs*<br>*Muhammed Abdullah, Christina Aguilar*<br>*& William Kimbrough, IV*<br>Phone:   (310) 478-5789<br>Fax:       (509) 561-6441<br>E-mail:   hartpeter@msn.com |

IR01DOCS\685542.1\0320195

| Stanley D. Saltzman, Esq.<br>Marlin & Saltzman, LLP<br>29229 Canwood Street, Ste. 208<br>Agoura Hills, CA 91301 | ***Attorneys for Plaintiffs***<br>***Muhammed Abdullah, Christina Aguilar***<br>***& William Kimbrough, IV***<br>Phone: (818) 991-8080<br>Fax: (818) 991-8081<br>E-mail: ssaltzman@marlinsaltzman.com |
|---|---|

[☒] CM/ECF NOTICE OF ELECTRONIC FILING: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

[☒] FEDERAL - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 12, 2018, at Irvine, California.

*/s/ Apameh Meyers*
Apameh Meyers